Argued January 18, affirmed January 18, petition for
review denied March 9, 1971

## STATE OF OREGON, *Respondent, v.*
## DAVID TYRONE ROISLAND, *Appellant.*

479 P2d 246

*Richard H. Muller,* Portland, argued the cause for
appellant. With him on the brief were Gregory L.
Hawkes and Tamblyn, Bouneff, Muller, Marshall &
Richardson, Portland.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General and
Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FORT, Judges.

## MEMORANDUM DECISION

This appeal presented no unusual or difficult
questions. Having previously studied the briefs, im-
mediately upon conclusion of argument, and after
briefly stating to counsel our reasons, we ruled from
the bench. Setting forth those reasons in a detailed
opinion would add nothing of value to the existing
body of judicial precedent. Our ruling was:

Affirmed.